UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,     Docket # 07 MAG. 633

**NOTICE OF**
**APPEARANCE**

   -against-

FRANCIS ENG,
                              Defendant.
------------------------------------------------------------------------X

   PLEASE TAKE NOTICE, that the undersigned have been retained as Attorneys for Defendant FRANCIS ENG and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
        April 26, 2007

                        Yours, etc.

                        _____
                        KARASYK & MOSCHELLA, LLP
                        By: PHILIP KARASYK
                        Attorneys for Defendant
                        225 Broadway, 32nd Floor
                        New York, NY 10007
                        (212) 233-3800
                        (212) 233-3801 *facsimile*

To:   Via Electronic Case Filing
      Clerk of Court
      David O'Neil, Assistant United States Attorney

W:\IRODRIG\KARASYK\ENG\notice appearance.wpd